IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICHARD ALEXANDRO RODRIGUEZ RODRIGUEZ, A# 246-533-698,<br><br>*Petitioner*,<br><br>VS.<br><br>MIGUEL VERGARA, Field Office Director, San Antonio Field Office, Immigration and Customs Enforcement, in His Official Capacity; ROSE THOMPSON, Warden, Karnes County Immigration Processing Center, in Her Official Capacity; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in His Official Capacity; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, in His Official Capacity; and TODD BLANCHE, Acting U.S. Attorney General, in His Official Capacity,<br><br>*Respondents*. | § § § § § § § § § § § § § § § § § § § § | CIVIL CASE NO. SA-26-CV-3053-FB |

***ORDER OF DISMISSAL AND JUDGMENT***
***AND ORDER GRANTING MOTION TO LIFT STAY***

Before the Court is Petitioner's Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus (ECF No. 10) and Motion to Lift Stay (ECF No. 11). Petitioner advises he wishes to withdraw his appeal pending before Board of Immigration Appeals and voluntarily dismiss his petition for writ of habeas corpus pending before this Court. He also asks that the Court lift the existing stay in his case to allow United States Immigration and Customs Enforcement to execute his final order of removal. No opposition to the voluntary dismissal has been filed. The Court finds both motions have merit and should be granted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner's Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus (ECF No. 10) is GRANTED such that this case is DISMISSED.

IT IS FURTHER ORDERED that Motion to Lift Stay (ECF No. 11) is GRANTED such that the stay entered in this case on or about May 11, 2026 (ECF No. 2 at page 3) is LIFTED, and Respondents may execute the removal order in the ordinary course of business. Motions pending, including ECF Numbers 4, 8, and 9, are DISMISSED as moot, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 13th day of November, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE